UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   CV-17-3988-R                                              Date: AUGUST 30, 2017

Title:   CHRIS LANGER V. PYRAMID INC., et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

|  Christine Chung  |  None Present  |
| Courtroom Deputy  | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

    Pursuant to the Parties' Stipulation For Dismissal With Prejudice Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii) filed August 29, 2017, this case is hereby dismissed with prejudice. All dates are hereby vacated and off calendar, and the Clerk's Office is directed to close this case (JS-6).

    IT IS SO ORDERED.

MINUTES FORM 11                                          Initials of Deputy Clerk ___cch___
CIVIL -- GEN